**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

BOBBIE JO HOROCOFSKY,           )
                                )
    Plaintiff,              )
                                )
v.                              )          No. 2:20-cv-02529-JWB-KGG
                                )
CITY OF LAWRENCE, KANSAS, et al. )
                                )
    Defendants.             )

**ENTRY OF APPEARANCE**

Hayley E. Hanson of the law firm of Husch Blackwell, LLP enters her appearance as

counsel of record on behalf of Defendant The University of Kansas in the above-captioned matter.

Respectfully Submitted,

/s/ Hayley E. Hanson
HAYLEY E. HANSON     KS BAR NO. 20087
MICHAEL T. RAUPP     KS BAR NO. 25831
HUSCH BLACKWELL LLP
4801 Main, Suite 1000
Kansas City, Missouri 64112
(816) 983-8000
(816) 983-8080 (FAX)
hayley.hanson@huschblackwell.com
michael.raupp@huschblackwell.com

***Attorneys for Defendant The University of***
***Kansas***

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2021, I filed the foregoing document via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

/s/ Hayley E. Hanson
***Attorney for Defendant The University of Kansas***