IN THE DISTRICT COURT OF DOUGLAS COUNTY, KANSAS
(Seventh Judicial District)
Case # L18073230
L18062040

STATE OF KANSAS,
                Plaintiff,

vs.

BOBBIE JO HOROCOFSKY (DOB 09/12/1989)

                Defendant.

## AFFIDAVIT

STATE OF KANSAS, COUNTY OF DOUGLAS, SS:

Charles Cottengim, of lawful age, being first duly sworn upon oath, states:

Affiant is a Detective with the Lawrence Kansas Police Department. Based on an investigation, training, and experience, Affiant alleges and states:

1. On or about September 21, 2018 Kriston Guillott, an attorney at the Polsinelli Law Firm in Kansas City, Missouri, ended his sexual relationship, which he described as "friends with benefits" with Bobbie Jo Horocofsky. Bobbie is a third year law student at the University of Kansas and an intern at the Polsinelli Law Firm. Kriston ended the sexual relationship with Bobbie because he valued his relationship with Alison Collins, who is also an attorney at an unidentified law firm, more.

2. On September 27, 2018 Bobbie and Joel Thompson, who is also a third year law student at the University of Kansas and an intern at the Polsinelli Law Firm, separately attended the University of Kansas Law School Diversity & Inclusion Social that occurred at Johnny's North, 401 N. 2nd Street, Lawrence, Douglas County, Kansas between the hours of 5 PM and 7 PM. During the event Bobbie met Joel and they decided to continue the night together drinking with friends in Downtown Lawrence.

3. Around midnight on September 27, 2018 Bobbie and Joel took an Uber from the Downtown area to Joel Thompson's residence at [redacted] Lawrence, Douglas County, Kansas. Bobbie and Joel had sexual intercourse in Joel's bedroom. Bobbie remained at Joel's residence until Joel gave her a ride back to her vehicle later that morning (September 28, 2018 @ approximately 7 AM).

4. On September 28, 2018 Bobbie met with Kriston Guillott and informed him that she had sexual intercourse with his best friend, Joel Thompson. Kriston reported that Bobbie had explained that she had hoped by hanging out with Joel that she would meet up with Kriston at a casino. Kriston advised Bobbie was crying and emotional and was apologizing that she hurt him. Kriston advised Bobbie told him she had been drinking and once she realized what she was doing with Joel, she stopped. Kriston advised Bobbie had not said anything about being raped by Joel.

5. On September 29, 2018 Courtney Hurtig and her boyfriend, Blake Stokes, were involved in an argument and Blake gave Courtney his keys to his residence, so she could get her property. Bobbie sent Blake a text message indicating Courtney wanted to stay at his residence and Blake responded by to Bobbie by threatening to tell everyone about her sleeping with Joel if Bobbie did not get Courtney out of his residence.

**EXHIBIT 1**

AFFIDAVIT
State vs. BOBBIE JO HOROCOFSKY (DOB 09/12/1989)
Page 2

    a. Affiant noted the following text messages (recovered later in the investigation) sent/received by either Bobbie Horocofsky and/or Blake Stokes on September 29, 2018, which were recovered from Bobbie Horocofsky's cell phone:

        i.    (Blake Stokes) 5:03 PM – "Ok it's fine if she does anything to my place, I guess the Joel thing will get out"

        ii.   (Bobbie Horocofsky) **5:22 PM** – "Ok if you want the Joel thing to get out let's do it because I'm pretty sure it was borderline rape and I have the bruises and statements to prove it…so if you want to go there let's do it"

6. On September 29, 2018 at approximately **5:38 PM** (16 minutes after the text message conversation with Blake) Bobbie reported to Officer D. Affalter, by phone, that she had been raped by Joel. Bobbie advised she had consumed large quantities of alcohol and had "blacked out", and did not remember much. Bobbie reported she had ended up at Joel's residence and remembered she and Joel where clothed and lying in bed and she told Joel she wanted to leave and Joel told her she could not leave. Bobbie advised she told Joel that she would sleep on the couch and Joel again told her no. Bobbie advised the next thing she remembered was waking up and they both were naked and Joel was having sex with her. Bobbie reported she started crying and told Joel to stop, but he held her down and continued having sex with her, and she "blacked out" again. Bobbie reported that she woke up again and Joel was still having sex with her and she was able to push him off of her and she "blacked out" again. Bobbie advised she woke up and was unable to get an Uber and fell back asleep. Bobbie advised she woke up later and got a ride from a friend. Officer D. Affalter asked Bobbie if she would be willing to meet him at the Lawrence Memorial Hospital (LMH) to complete a SANE kit and she agreed.

7. Affiant and Detective K. Nicholson responded to LMH and were present when Bobbie and her friend, Courtney Hurtig, arrived at approximately 1900 hours. Detective K. Nicholson and Officer D. Affalter spoke briefly with Bobbie and Affiant spoke with Courtney prior to them entering LMH. During our initial contact with Bobbie and Courtney, each consented to the search of their cell phones. **Bobbie advised that she was not sure she wanted to pursue charges and would advise at a later time.** Affiant noted from the conversation with Courtney that Courtney indicated she had initially "shamed" Bobbie when she learned about Bobbie having sexual intercourse with Joel, but after talking further with Bobbie, she believed the sex with Joel was not consensual. Courtney explained that Joel has a reputation of having sex with "every" female law student.

8. While Bobbie was being examined at LMH, we transported Bobbie's and Courtney's cell phones to the Investigations and Training Center (ITC) and extracted information from both cell phones. We began reviewing the text messages that had been extracted from Bobbie's cell phone and based on the text messages we did not believe Bobbie had been raped by Joel. At approximately 2117 hours Officer D. Affalter received a phone call from Nurse (SANE) Terri Woodson, who advised Bobbie and Courtney wanted their phones back. Affiant and Officer D. Affalter transported the two cell phones to LMH and provided both phones to Courtney at approximately 2134 hours. Affiant requested Courtney to give us a call after Bobbie's examination was done, because we had additional questions.

    a. Affiant noted the following text messages sent/received by either Bobbie Horocofsky and/or Courtney Hurtig on September 28, 2018, which were recovered from Bobbie Horocofsky's and Courtney Hurtig's cell phones:

**EXHIBIT 1**

Case 2:20-cv-02529-JWB-KGG   Document 54-1   Filed 06/08/21   Page 3 of 7

AFFIDAVIT
State vs. BOBBIE JO HOROCOFSKY (DOB 09/12/1989)
Page 3

    i. (Bobbie Horocofsky) 2:44 AM – "Ummm I fucked up"
    ii. (Bobbie Horocofsky) 2:45 AM – "I slept with Joel"
    iii. (Courtney Hurtig) 6:10 AM – "Ummm what?!?!?"
    iv. (Courtney Hurtig) 6:10 AM – "When was this??"
    v. (Bobbie Horocofsky) 6:12 AM – "Right now I'm is his bed"
    vi. (Bobbie Horocofsky) 6:15 AM – "It's all good…this was a fuck up though I literally made him stop having sex and was like ' oh no what will Kriston say'".
    vii. (Courtney Hurtig) 6:22 AM – "This is to much to peocess"
    viii. (Courtney Hurtig) 6:22 AM – "Process"
    ix. (Bobbie Horocofsky) 6:23 AM – "I know…like I feel kinda terrible about it"
    x. (Bobbie Horocofsky) 6:23 AM - "But whatever Kriston is the one who said we need to stop sleeping together.
    xi. (Courtney Hurtig) 6:28 AM – "What happened to it being gross and he slept with half the law school?! Dirty. Dick."
    xii. (Bobbie Horocofsky) 6:28 AM – "I know…maybe I should just start an antibiotic"
    xiii. (Bobbie Horocofsky) 6:28 AM – "I know! It is gross…he's actually really good at sex though"
    xiv. (Courtney Hurtig) 6:28 AM – "God please tell me this was a one time thing"
    xv. (Bobbie Horocofsky) 6:29 AM – "Omg yes one time thing…I just don't know how I'm going to tell Kriston"
    xvi. (Courtney Hurtig) 6:44 AM – "Why did you do it?! This was such a bad call"
    xvii. (Bobbie Horocofsky 6:44 AM – "Like I literally asked him 3 million times if he has been tested"

9. Detective K. Nicholson, Officer D. Affalter, and Affiant returned to LMH at approximately 2316 hours and were advised by Nurse Terri Woodson that Bobbie and Courtney had left the hospital. Terri Woodson advised she would not be able to provide us the rape kit, **since Bobbie advised her she did not want to report the rape.** Terri Woodson advised she would send the rape kit directly to the Kansas Bureau of Investigations.

10. On September 30, 2018 Bobbie and Kriston met. Kriston advised he questioned Bobbie about her accusation towards Joel, because her story changed from what she had initially advised him. Kriston advised he asked Bobbie to explain what happened. Bobbie advised she was drunk and ended up at Joel's residence and she said she did not remember saying yes to having sex and once she realized what she was doing she stopped it. Kriston advised Bobbie told him that she and Joel stopped having sex and they (Bobbie and Joel) talked about it. Kriston advised he told Bobbie he was curious why she put herself in that situation in an attempt to see him (Kriston), but she never called him during that time. Kriston advised he felt the incident occurred because Bobbie was being vindictive towards him for ending their relationship. Kriston advised Bobbie told him that she had talked to some people and they felt she should report it to the police.

EXHIBIT 1

Case 2:20-cv-02529-JWB-KGG   Document 54-1   Filed 06/08/21   Page 4 of 7

AFFIDAVIT
State vs. BOBBIE JO HOROCOFSKY (DOB 09/12/1989)
Page 4

11. Joel advised on September 30, 2018 he had reached out to Bobbie, because Kriston told him that Bobbie was claiming Joel had taken advantage of her and that she was too drunk to consent to sex. On **October 1, 2018** Bobbie and Joel met at the University of Kansas Law School. Joel advised his take from their meeting was that if Bobbie's relationship was "good" with Kriston then she was "good" and they (Joel and Bobbie) could move forward past this incident. Bobbie advised she told Joel that the only person she cared about was Kriston and she wanted to make sure he knew that Joel took advantage of her. Bobbie advised she told Joel she wanted him to tell Kriston these things. Bobbie advised Joel asked if she was going to pursue this and she advised him she did not know right now, but this is a start. Bobbie advised she told Joel about the Blake "thing" and told him he needed to go deal with his friend. Statements from Bobbie and Joel both agree that following their meeting Joel drove to Kansas City and met with Kriston, which resulted in Kriston calling Bobbie. Bobbie advised during the phone call Kriston told her that Joel had admitted to taking advantage of her. Bobbie added that the following day she received a phone call from Blake, and he apologized.

12. Kriston advised on October 1, 2018 Joel had called him and advised he had talked with Bobbie. Kriston advised Joel wanted to meet with Kriston and talk. Kriston advised he met with Joel and Joel advised him that Bobbie wanted Kriston back, so she would not pursue charges against him (Joel).

13. Kriston advised after his meeting with Joel he sent Bobbie a text message and they basically talked about nothing. Kriston advised he was worried about what could happen to Joel.

14. On October 3, 2018 Bobbie contacted Detective K. Nicholson by phone and advised she **did not wish to pursue charges against Joel**. Bobbie agreed to meet with Detective Nicholson in person. Detective K. Nicholson advised Bobbie she had a few questions for her in reference to some of the text messages we observed between her and Courtney. Detective K. Nicholson advised Bobbie in the text message string it appeared it was not a rape and instead just a mistake on her part. Bobbie advised it was "not that at all" and she was only down playing the situation when she was texting Courtney. Bobbie later went on to state that on October 1, 2018 she had confronted Joel about the incident. Bobbie advised Joel claimed it was consensual sex not rape. Bobbie advised Joel confirmed that she said stop to him, but then she continued "doing things" which made him think she still wanted to have sex.

15. On October 4, 2018 Alison Collins, who was also involved in a romantic relationship with Kriston Guillott, learned that Kriston had also been involved with Bobbie. Alison advised Kriston told her that he had been with Bobbie sexually and had only continued seeing Bobbie because if he did not, Bobbie was going to say Joel had raped her.

16. Alison advised she spoke with Bobbie on the phone on **October 9, 2018** at approximately 1504 hours to confirm Kriston had told Bobbie about her. **Alison advised while discussing the timeline of each of their involvements with Kriston, Bobbie became angry when Alison told her how long Alison and Kriston had been in a relationship.**

17. On **October 10, 2018** Officer D. Affalter was contacted by **Bobbie who advised she was now wanting to pursue charges against Joel** and was willing to speak with any detective, except Detective K. Nicholson, in a joint meeting with the University of Kansas Office of Institutional Opportunity & Access (IOA). Upon receiving this information Affiant began actively investigating this case. Interview arrangement were later made with IOA, but Bobbie canceled the interview.

18. On October 10, 2018 at approximately 1848 hours Affiant contacted Daniel Kopp and Brodie Herrman,

**EXHIBIT 1**

Case 2:20-cv-02529-JWB-KGG   Document 54-1   Filed 06/08/21   Page 5 of 7

AFFIDAVIT
State vs. BOBBIE JO HOROCOFSKY (DOB 09/12/1989)
Page 5

Joel Thompson's roommates who were informed Affiant was investigating an alleged rape that occurred at their residence and that Affiant needed to speak with Joel. They advised Joel was currently in Tulsa, Oklahoma. At approximately 1913 hours Affiant received a phone call from Joel, who advised he was in Oklahoma and would drive back to Lawrence, Kansas immediately to speak with Affiant.

19. On October 11, 2018 at approximately 0008 hours Joel arrived at the ITC. Joel provided a statement and consented to the search of his cell phone. Joel advised he and Bobbie had consensual sex at his residence on the morning of September 28, 2018. Joel advised after about fifteen minutes of having sexual intercourse with Bobbie, she stopped and said she could not do this anymore because Kriston would be upset if he found out. Joel advised he and Bobbie stopped having sex and went to sleep. Affiant noted Joel's statement was very similar to the following message sent to Courtney by Bobbie while she was still in Joel's bed on September 28, 2018:

   a. (Bobbie Horocofsky) 6:15 AM – "It's all good…this was a fuck up though I literally made him stop having sex and was like ' oh no what will Kriston say'".

20. Affiant noted the following messages sent/received by Joel Thompson on September 27, 2018 prior to the alleged rape:

   a. (Joel Thompson) 11:04 PM – "We at sandbar man lol we got on the road and she was so fucked up I was like hell Na".
   b. (Joel Thompson) 11:05 PM – "Here now dawg".
   c. (Logan Dewitt) 11:31 PM – "Wanted to chill bro but didn't wanna cock block haha. She looked fucked up yo".
   d. (Joel Thompson) 11:31 PM – "Dawg I'm sorry lol"
   e. (Joel Thompson) 11:31 PM – "She wants to fuck soooo bad".
   f. (Joel Thompson) 11:31 PM – "And I haven't fucked yet"
   g. (Logan Dewitt) 11:31 PM – "Yeah I could tell".
   h. (Logan Dewitt) 11:31 PM – "You didn't even look tipsy lmfaoooo. Y'all have an event tonight?

21. On October 12, 2018 shortly after 1700 hours Affiant contacted three people in reference to this investigation: Miranda Clark, Blake Stokes, and Alison Collins. At approximately 1842 hours Affiant received a phone call from Bobbie Horocofsky. **Bobbie advised she had seen a doctor who advised her not continue with the investigation due to the amount of stress it was causing her.** Bobbie advised people were asking questions and she did not want this to jeopardize the job offer she received from the law firm where she and Joel work. Bobbie advised she did not want to give any further statements in reference to the incident. Bobbie advised she would not be contacting the IOA. Bobbie advised she did not want to pursue charges against Joel and then inquired if Affiant would be contacting anyone else in reference to this case. Affiant lied to Bobbie and advised her that Affiant would not be contacting anyone else. Bobbie added she may choose to pursue charges after she graduated from law school. Bobbie apologized and thanked Affiant for looking into the incident.

22. On October 25, 2018 Affiant learned from Joel that Bobbie had filed a complaint against him with the IOA.

23. On October 29, 2018 Affiant met with Bobbie at the ITC and she provided a statement. Bobbie indicated

EXHIBIT 1

Case 2:20-cv-02529-JWB-KGG   Document 54-1   Filed 06/08/21   Page 6 of 7

AFFIDAVIT
State vs. BOBBIE JO HOROCOFSKY (DOB 09/12/1989)
Page 6

she was not willing to pursue criminal charges at this time, but was proceeding with a complaint against Joel with IOA.

24. Bobbie advised on September 27, 2018 she had been in the Lawrence Downtown area drinking with Joel. Bobbie advised at some point things became "fuzzy" while at the bars and then she realized she was in a vehicle, which she later learned was an Uber. Bobbie advised the next thing she remembered was "coming to" because she felt pressure on her neck. Bobbie advised she was naked in Joel's bed and Joel was on top of her having sex with her. Bobbie advised once she realized what was going on, she pulled away from Joel and rolled away. Bobbie advised she could not believe this was happening, she did not know what was going on, and thought Kriston was going to be so mad. Bobbie advised she started asking Joel about Kriston, and Joel told her that Kriston did not care about her and is not going to want to be with her now that she had sex with Joel. Bobbie advised she was unsure what had happened or what she had done. Bobbie advised at that point Joel told her she was being crazy. Joel told her that his penis had already been inside her and Kriston was not going to want her. Bobbie advised she "blacked out" at that point.

25. Bobbie advised she met with Joel Thompson at the University of Kansas Law School, after the alleged rape, and they talked for over an hour. Bobbie advised during her conversation with Joel she told him that the last thing she remembered was the Bottleneck and that she had blacked out. Bobbie advised Joel said he felt horrible and she was making him feel like a rapist. Bobbie advised Joel told her that he did not realize she was drunk, but then turned around and said the reason he did not let her drive to Kriston's was because he knew she was too drunk to drive. Bobbie advised she recorded their conversation with her cell phone, but had since deleted the recording. Affiant offered to send Bobbie's phone to the FBI who could possibly recover the deleted audio recording from her cell phone and she declined.

26. Affiant believes based on statements obtained and text messages recovered in this investigation that on September 27, 2018 Bobbie Horocofsky and Joel Thompson had been together in Lawrence, Douglas County, Kansas and had consumed unknown quantities of alcoholic beverages. Affiant also believes that during the early morning hours of September 28, 2018 Bobbie Horocofsky and Joel Thompson engaged in sexual intercourse at Joel's residence in Lawrence, Kansas. It is not known to Affiant the level of intoxication of either Bobbie Horocofsky or Joel Thompson, but based on the text messages recovered from Bobbie Horocofsky's, Courtney Hurtig's, and Joel Thompson's cell phones Affiant believes Bobbie Horocofsky and Joel Thompson were coherent enough to type correctly spelled words and form sentences, describing the events that had occurred or were occurring, while using their cell phones during the evening of September 27, 2018 and into the morning of September 28, 2018.

27. Affiant believes there is an underlying motive to why Bobbie Horocofsky advised the police, on two occasions, that she wanted to pursue charges of rape against Joel Thompson. Affiant believes Bobbie was unhappy that Kriston Guillott had ended his sexual relationship with her on or about September 21, 2018. On September 28, 2018 Affiant believes Bobbie had consensual sexual intercourse with Joel, Kriston's best friend, to get back at Kriston. On September 28, 2018 Bobbie shared with Courtney Hurtig via text message that she had slept with Joel. Courtney Hurtig in turn "shamed" Bobbie for having sex with "Dirty Dick". Affiant believes Bobbie feared the fact that she had slept with Joel would get out and everyone would know. On September 29, 2018 Bobbie got into an argument with Blake Stokes, Joel's friend. Blake had threatened to tell everyone that Bobbie had slept with Joel and in response to the threat Bobbie reported to the Lawrence Police Department on September 29, 2018 she had been raped by Joel. Affiant believes Bobbie realized she had made a mistake by giving consent to search her cell phone to detectives, and decided she did not want to pursue charges of rape against Joel. Affiant believes on October 1, 2018 Bobbie met with Joel and convinced Joel to help her with her relationship with Kriston, and in turn she

**EXHIBIT 1**

AFFIDAVIT
State vs. BOBBIE JO HOROCOFSKY (DOB 09/12/1989)
Page 7

would not pursue charges of rape against Joel. On October 9, 2018 Affiant believes Bobbie became angry when she learned how long Alison Collins had been in a relationship with Kriston and to punish Kriston, on October 10, 2018, Bobbie contacted the Lawrence Police Department and advised she wanted to pursue charges of rape against Joel. Bobbie has since declined to pursue charges of rape against Joel.

28. Affiant is requesting a warrant for Bobbie Jo Horocofsky for falsely reporting the felony crime of rape to the Lawrence Police Department.

All of the above occurred in Douglas County, Kansas.

FURTHER, AFFIANT SAYS NOT.

HAROLD M. GRADY
Notary Public - State of Kansas
My Appt. Expires 03/01/2021

Detective Charles Cottengim
Lawrence Kansas Police Department

Subscribed and sworn to before me this 5 day of December, 2018.

Notary Public

**EXHIBIT 1**