IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **BOBBIE JO HOROCOFSKY,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )    Case No. 20-02529-JWB-KGG |
| | ) |
| **CITY OF LAWRENCE, KANSAS, et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

## PLAINTIFF'S MOTION TO STRIKE

COMES NOW Plaintiff and moves the Court pursuant to Federal Rule of Civil Procedure 12(f) to strike Defendants' Answer on the ground that it was filed out of time with no request to seek leave from this Court.  Under Rule 12(a)(4)(A), the Answer must be filed "within 14 days after notice of the court's action," which in this case was the Court's order of July 18, 2022 (Doc. 67) denying Plaintiff's Motion for Reconsideration of the Court's prior order dismissing some of Plaintiff's claims (Doc. 58).

Defendants[1] did not seek this Court's leave to file out of time, despite filing their Answer 25 days after the deadline mandated by Rule 12(a)(4)(A).

For the reasons stated here and in the contemporaneously filed Memorandum in Support, Plaintiff requests that this Court: (1) strike Defendants' improperly filed Answer to Plaintiff's First Amended Complaint; and (2) require Defendants to seek this Court's leave to file their Answer and, further, to show cause for their failure to timely answer within the time set by Rule 12(a)(4)(A).

---

[1] In its May 5, 2022 Order, this Court granted the University of Kansas' Motion to Dismiss, dismissing all claims against the University. (Doc. 58).  With respect to Defendants City of Lawrence and its individual officers, the Court dismissed some claims while denying the request to dismiss on other claims. The City and its officers remain as Defendants in this case.

Respectfully submitted,

/s/ Sarah A. Brown
Sarah Brown, KS #12130
BROWN & CURRY, LLC
1600 Genessee Street, Suite 956
Kansas City, MO 64102
(816) 756-5458 (phone)
(816) 666-9596 (fax)
sarah@brownandcurry.com

/s/ Cheryl A. Pilate
Cheryl A. Pilate, KS # 14601
MORGAN PILATE, LLC
926 Cherry St.
Kansas City, Missouri 64106
(816) 471.6694 (phone)
(816) 472-3516 (fax)
cpilate@morganpilate.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2022, the above and foregoing document was filed using the Court's CM/ECF system which sent notice to all counsel of record.

/s/ Sarah A. Brown
Attorney for Plaintiff