IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **BOBBIE JO HOROCOFSKY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 20-02529- EFM-BGS |
| | ) | |
| **CITY OF LAWRENCE, KANSAS,** *et al* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**STIPULATION OF DISMISSAL OF DEFENDANT AFFALTER**

COME NOW Plaintiff Bobbie Jo Horocofsky and Defendant Daniel L. Affalter II, by and through their respective attorneys of record, and hereby stipulate under Fed. R. Civ. P. 41(a)(1)(A)(ii) that Plaintiff's Claims against Defendant Affalter have been resolved and should be dismissed with prejudice, with each party to bear its own costs and attorney fees. Plaintiff reserves all of her claims against Defendants City of Lawrence, Kansas, Charles B. Cottengim and Kimberlee A. Nicholson.

WHEREFORE, the parties respectfully request the Court to enter an Order dismissing Plaintiff's claims against Defendant Affalter with prejudice at each party's costs.

Respectfully Submitted,

*/s/ Sarah A. Brown*
Sarah A. Brown, KS#12130
1600 Genessee Street, Suite 956
Kansas City, MO 64102
(816) 756-5458
(816) 666-9596 (FAX)
sarah@brownandcurry.com

*/s/ Cheryl A. Pilate*
Cheryl A. Pilate, KS # 14601
MORGAN PILATE, LLC
926 Cherry St.

Kansas City, Missouri 64106
(816) 471.6694 (phone)
(816) 472-3516 (fax)
cpilate@morganpilate.com

*Attorneys for Plaintiff*


HINKLE LAW FIRM, LLC

By */s/ Michelle R. Stewart*
Michelle R. Stewart, #19260
8711 Penrose Lane, Suite 400
Lenexa, Kansas 66219-8197
913-345-9205/ FAX: 913-345-4832
mstewart@hinklaw.com

*Attorney For Defendant Affalter*


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was served on all counsel of record via the court's electronic filing system on January 30, 2024.

/s/ Sarah A. Brown