IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| BOBBIE JO HOROCOFSKY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 20-02529 |
| | ) | |
| CITY OF LAWRENCE, KANSAS, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO EXCLUDE OR LIMIT THE TESTIMONY OF DEFENDANTS' NON-RETAINED EXPERT RICHARD LOCKHART WITH REQUEST FOR ORAL ARGUMENT**

Plaintiff Bobbie Jo Horocofsky, by and through her counsel, moves this Court to exclude the testimony of Defendants' non-retained expert Richard Lockhart on the grounds that: (1) his opinions are not grounded in relevant experience, training or education and are therefore unreliable and speculative; (2) his opinions are not based on sufficient facts or knowledge of this case, as he admittedly did not review substantial portions of the case record; (3) some of his opinions are grounded in determinations of witness credibility, an improper area for expert testimony.  Plaintiff files an accompanying Memorandum of Law in Support of this Motion.

Plaintiff respectfully requests that this Court set a date for oral argument on motions filed by the parties to limit or exclude the testimony of experts, whether retained or non-retained. *See* D. Kan. R. 7.2.  Given the multiple grounds raised in this motion, Plaintiff believes that oral argument will aid the Court's review of the relevant factual and

1

legal issues pertaining to the admissibility and proper scope of expert testimony. The issues raised in this motion extend beyond the qualifications of the non-retained expert and include the scope of data relied upon and whether the expert has, in certain opinions, usurped the role of the jury by making determinations of witness credibility.

WHEREFORE, Plaintiff respectfully requests that this Court set a hearing for oral argument, and, further, issue an Order excluding, in whole or in part, the testimony of Defendants' non-retained expert, Richard Lockhart.

Respectfully submitted,

/s/ Sarah A. Brown
Sarah Brown, KS #12130
BROWN & CURRY, LLC
1600 Genessee Street, Suite 956
Kansas City, MO 64102
(816) 756-5458 (phone)
(816) 666-9596 (fax)
sarah@brownandcurry.com

and

/s/ Cheryl A. Pilate
Cheryl A. Pilate, KS # 14601
MORGAN PILATE, LLC
926 Cherry St.
Kansas City, Missouri 64106
(816) 471.6694 (phone)
(816) 472-3516 (fax)
cpilate@morganpilate.com

*Attorneys for Plaintiff*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing was served on all counsel of record via the court's electronic filing system on April 22, 2024.

<u>/s/ Cheryl A. Pilate</u>