## DECLARATION OF CORI GREEN

I, Cori Green, being of sound mind and lawful age, hereby state as follows:

1. My name is Cori Green, and I am a resident of Lawrence, Kansas.

2. I have worked at Lawrence Memorial Hospital (LMH) as a nurse since 2007.

3. I have a Bachelor's degree in nursing, a B.S.N. I began my education at Johnson County Community College, then transferred to the University of Kansas School of Nursing and graduated from there in 2005. Before I began working at LMH, I worked at the Douglas County Health Department.

4. I am currently assigned to the oncology floor at LMH, where I take care of patients with cancer diagnoses. I have worked continuously at LMH since I began there, except for a stint at the Douglas County Health Department during the COVID pandemic.

5. Along with my regular nursing duties at LMH, one of my additional responsibilities is serving as a SANE nurse. SANE stands for Sexual Assault Nurse Examiner. Along with a few other nurses, I perform examinations of persons who have been sexually assaulted. Typically, we are the first point of contact with the medical system after a victim has suffered the trauma of sexual assault. We are specially trained to respond to a victim's trauma, to provide appropriate medical care, and to collect and document physical evidence if the victim consents to collection.

6. We do not work for the police department; we care for the victim as a patient, and providing medical care is the top priority. It is up to the victim whether she wants evidence collected for the purpose of turning it over to the police. The victim reviews and signs forms indicating whether she simply wants the evidence stored anonymously with the Kansas Bureau of Investigation (with an anonymous identification number) or whether she wants it turned over to the police as part of an investigation. She also can choose not to consent to the collection of evidence at all.

7. I began serving as a SANE nurse in 2016 and have conducted SANE examinations of more than 125 sexual assault victims. From 2018 to 2021, I was the coordinator of the SANE team at LMH. Another nurse is presently the coordinator, but I am still one of the SANE nurses and perform examinations of victims.

1

PLAINTIFF'S EXHIBIT
G

**EXHIBIT 1**

8. The role of a SANE nurse requires understanding the effects of trauma and the different ways in which the victim may respond. A SANE nurse also needs a thorough understanding of the physical aspects and impacts of sexual assault, and how to thoroughly assess and document injuries related to the sexual assault. Being a SANE nurse also requires knowledge of how to properly collect evidence according to forensic standards.

9. Like other SANE nurses, I have specialized training, which involved 40 hours of specialized classroom instruction.

10. Given that Lawrence is a college town, I have also developed a particular interest in the issue of "consent" with regard to sexual contact. I have done a lot of work on the KU campus, educating students on issues related to sex and consent.

11. I view doing SANE examinations as a core part of my nursing practice. During the time I was the SANE coordinator, I made sure that we were up to date on best practices in conducting the exams. I was responsible for ensuring that all of the documentation in each exam was done correctly.

12. The nurses who do the SANE exams are trained to deal with persons who have suffered the trauma of sexual assault. Specifically, we have training in the "neurobiology of trauma," which refers to the way victims may respond to trauma. Sometimes, the brain protects itself from trauma by not recording certain memories, and the memories of traumatic events may surface later in fragments.

13. The nurses who conduct the SANE examinations have many responsibilities. Each patient is unique and has their own particular response to trauma. Overall, our job is to start the healing process by attending to the patient's initial particular needs. We try to return a sense of control to the patients by conducting the exam in a very safe, private setting and letting them know they are in charge of their own decision making. It is up to them whether they want the evidence from the exam turned over to the police or maintained anonymously, or whether it is collected at all. Sometimes we simply document the assault and provide medical care. We also try to make sure we inform the patients of particular resources in the community that can help them or refer them to a primary care physician, if needed.

EXHIBIT 1

14. Another important part of our role is prescribing medications that prevent pregnancy and sexually transmitted diseases. We make sure we explain to the patients that while these drugs are important, they can have harsh or unpleasant side effects.

15. The SANE examination must be meticulous and detailed and can take several hours depending on the circumstances.

16. The tasks in a SANE examination include:

-- informing the victim of their options and rights with respect to the examination;

-- explaining evidence collection and, if the victim chooses to proceed with evidence collection, obtaining their signed consent to taking photographs and collecting evidence for the sexual assault kit;

-- taking down an account of what happened as the victim recalls it at that moment, understanding that trauma can impact a victim's memory;

-- doing a head-to-toe assessment of injuries, being guided by the victim's description, and physically examining and palpating all indicated areas;

-- if the victim has consented in writing, taking photographs of the injured areas with a high-quality camera, getting a close up shot of each injured area, as well as a mid-range and farther range photo to show perspective and location of the injured areas, following the forensic standards set by the KBI;

-- if the victim has consented in writing, collecting evidence for the sexual assault kit. This involves swabbing inside and around the mouth, and inside and around the genital and anal areas, as well as any other area of the body that the victim indicates may have evidence. We also manually and visually examine these sensitive areas and document injuries on diagrams that are part of the medical report. Sometimes a solution, toluidine blue, is used to identify injuries as it reacts to cellular death or injury.

17. Throughout the examination, the patient understands that she can change her mind at any time and that she is in charge of whether she reports to law enforcement or allows collection of evidence.

18. Although I did not conduct the SANE examination of Bobbie Horocofsky, I did examine the report and photographs. The examination and evidence collection was done by Terri Woodson, another one of the SANE nurses on our team. As the SANE coordinator at that time, I reviewed all of the paperwork and photographs as I was responsible for making sure everything was documented correctly and the sexual

EXHIBIT 1

assault kit was handled properly. I saw that Ms. Horocofsky signed forms indicating that she did not wish to have her sexual assault kit turned over to police.

19. As I typically did, I downloaded the photographs taken of Ms. Horocofsky and her injuries. While downloading the photos, I applied a filter to the photos, as I always did. The filter allows the injuries, such as bruises, to be more readily viewed. I recall there were bruises on Ms. Horocofsky's body.

20. I also reviewed the medical report of Ms. Horocofsky's examination and noted that the nurse had indicated on diagrams the location of vaginal injuries, a vaginal bruise and a small tear.

21. I remember thinking that Ms. Horocofsky's injuries, as documented in the photos and medical report, appeared to match the narrative she had given of the assault.

22. A couple of days after Ms. Horocofsky's examination, I received an email from Terri Woodson, the nurse who had conducted the exam. In the email, she expressed concerns about the police officers not understanding that they could not collect the sexual assault kit if the patient decided not to report, as had been explained to them. She said the officers had contacted their supervisor, and she had told the supervisor the same thing that she told the officers. She also stated that she had provided to the supervisor the identification number of Ms. Horocofsky's SANE kit.

23. I followed up by forwarding Terri Woodson's email to an officer I knew, Ryan Padilla. He responded, stating he had looked into the case and believed there was "miscommunication on everyone's part." He added that the "detectives assigned to the case found evidence of the allegations potentially being false."

24. Responding to Padilla, I explained that I wanted to make sure that the police understood the patient had a right to keep her sexual assault kit anonymous, even if she had initially spoken to police. (*See* attached Ex. 1; email thread)

25. Some months later, I heard from Ms. Horocofsky. She called my office and asked how to get her medical records from the SANE exam. I referred her to the Care Center to help her. She subsequently obtained her medical report and the photographs that were taken during her examination.

26. Around that same time, I heard that Ms. Horocofsky had been criminally charged with making a false statement to the police. I remember being very upset by this.

27. Also around that time, I remember visiting the police station on Bob Billings Parkway to pick up some fliers. I was also hoping to discuss teaching a class to some of the officers on SANE exams and evidence collection.

**EXHIBIT 1**

28. While I was there, I spoke with a group of officers who were all congregated in one area chatting. The group included Myrone Grady and Hayden Fowler. I knew Hayden Fowler because I had attended the same high school as he did, and I knew Myrone Grady because he had been a school resource officer at the school where my husband teaches. A couple others were nearby, Greg Pruett, and I believe Amy Price, who was somewhere around the corner. There may have been others nearby, but I don't recall who.

28. Hoping to teach a class at the department, I brought up the topic of "consent" in the context of sexual assault. When I brought this up, the officers brushed aside my idea. They started saying things like they'd caught a "girl who was lying" and they had gotten their "false reporter" or "liar." Grady and Fowler appeared happy and "high-fived" each other as they were talking.

30. At that point, I'd heard about the criminal case against Ms. Horocofsky, and I was taken aback and upset by their cheerful attitude.

31. In the past, I'd had good relationships with these officers, and I didn't know what to say, so I left without saying anything.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 5/1/24

_____
Cori Green

5

**EXHIBIT 1**