IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **BOBBIE JO HOROCOFSKY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No.  20-02529-JWB-KGG |
| | ) | |
| **CITY OF LAWRENCE, KANSAS,** *et al* | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**PLAINTIFF'S NON-RETAINED EXPERT DISCLOSURES**

COMES NOW Plaintiff, by and through counsel, and hereby submits her non-eetained expert designations pursuant to the scheduling order issued in this matter. This disclosure is made pursuant to Fed.R.Civ.P. 26(a)(2)(C).  Plaintiff anticipates calling at trial, either live or by deposition, the following:

1. Dr. Pavika Saripalli
   Watkins Health Services
   1200 Schwegler Drive
   Lawrence, KS 66045
   (785)864-9500

   a. Subject matter of testimony.

   Dr. Saripalli is expected to provide evidence and to speak authoritatively regarding her examination and treatment of the Plaintiff, Bobbie Horocofsky.  Dr. Saripalli earned her medical degree from Jefferson Medical College and performed her residency at the Geisinger Medical Center. She is board certified in pediatrics and internal medicine. Her clinical interests include mental health and women's health.

   b. Summary of facts and opinions in testimony.

   Dr. Saripalli is anticipated to provide facts and opinions associated with her doctor-patient relationship with Ms. Horocofsky, which predated her September 28, 2018 assault. Dr. Saripalli is anticipated to testify that she diagnosed Ms. Horocofsky with post-traumatic stress disorder after September 28. She also is anticipated to testify about the symptoms that Ms. Horocofsky exhibited that prompted Dr. Saripalli to make this diagnosis. And she is anticipated to testify about the causes of PTSD. Any opinions Dr. Saripalli will offer will

3

**EXHIBIT 2**

be within the scope of her treatment of Plaintiff, and may include her diagnosis, prognosis, and other opinions arising out of and related to the treatment as reflected in her records and communications with Plaintiff.

2. Merrill Evans
   1307 Massachusetts Street
   Lawrence, KS 66044
   (785)424-7770

   a.     Subject matter of testimony.

   Ms. Evans is expected to provide evidence and to speak authoritatively regarding her assessment of Plaintiff, Bobbie Horocofsky. Ms. Evans met with Ms. Horocofsky as part of her position as the University of Kansas Campus Assistance Resource and Education (CARE) Coordinator.

   b.     Summary of facts and opinions in testimony.

   Ms. Evans is anticipated to provide facts and opinions associated her initial meeting with Ms. Horocofsky, which occurred after the September 28, 2018 assault. Ms. Evans is anticipated to testify that Ms. Horocofsky displayed symptoms of acute stress disorder (ASD) and she is anticipated to testify about the causes of ASD. Ms. Evans is further is anticipated to testify that, over the following weeks, Ms. Horocofsky began exhibiting symptoms of post-traumatic stress disorder (PTSD). Ms. Evans is anticipated to testify that, with the passage of time, ASD eventually evolves into PTSD. She is anticipated to testify about and explain the causes of PTSD. Any opinions Ms. Evans will offer will be within the scope of her assessment of Plaintiff, and may include her diagnosis, prognosis, and other opinions arising out of and related to her assessment as reflected in her records and communications with Plaintiff.

3. Dr. Niles Muzyk
   Watkins Health Services
   1200 Schwegler Drive
   Lawrence, KS 66045
   (785)864-9500

   a.     Subject matter of testimony.

   Dr. Muzyk is expected to provide evidence and to speak authoritatively regarding his examination and treatment of the Plaintiff, Bobbie Horocofsky.

   b.     Summary of facts and opinions in testimony.

   Dr. Muzyk is anticipated to provide facts and opinions associated with the counseling he

EXHIBIT 2

has provided to Plaintiff as reflected in his medical record produced to Defendant. Any opinions Dr. Muzyk will offer will be within the scope of his treatment of Plaintiff, and may include his diagnosis, prognosis, and other opinions arising out of and related to the treatment as reflected in his records and communications with Plaintiff.

4. Cori Green, R.N.
   Lawrence Memorial Hospital, Oncology Department
   325 Maine Street
   Lawrence, Kansas 66044
   (785)505-5000

   a.  Subject matter of testimony.

   Ms. Green is expected to testify about trauma-informed nursing practices and the interview techniques used while questioning a sexual-assault victim. She will also testify about the Sexual Assault Nurse Examiner ("SANE") program and how those examinations are performed — including the kinds of injuries that are looked for during the examination. And she will testify about what evidence is collected and forwarded for testing during the examination. Ms. Green will further testify about the importance of the filters used to photograph injuries during the examination.

   b.  Summary of facts and opinions in testimony.

   It is anticipated she will testify as to the same subjects that she testified to during the preliminary hearing during the criminal proceedings. A transcript of her testimony will be made available upon request.

5. Terri Woodson, R.N.
   Lawrence Memorial Hospital
   325 Maine Street
   Lawrence, Kansas 66044
   (785)505-5000

   a.  Subject matter of testimony.

   Ms. Woodson is expected to provide evidence and to speak authoritatively regarding the sexual-assault examination she performed of the Plaintiff, Bobbie Horocofsky.

   b.  Summary of facts and opinions in testimony.

   It is anticipated she will testify as to the same subjects that she testified to during the preliminary hearing during the criminal proceedings. A transcript of her testimony will be made available upon request.

3

EXHIBIT 2

6. Lindsie Ford
   Johnson County Public Defender Office
   115 E. Park St, Suite A
   Olathe, KS 66061
   913-829-8755

   a. Subject matter of testimony.

   Ms. Ford is expected to provide evidence and to speak authoritatively regarding her training and experience interacting with victims of sexual-assault, including her experience Plaintiff, Bobbie Horocofsky.

   b. Summary of facts and opinions in testimony.

   It is anticipated she will testify as to the same subjects that she testified to during the preliminary hearing during the criminal proceedings. A transcript of her testimony will be made available upon request.

        Respectfully submitted,

        /s/ Sarah A. Brown
        Sarah Brown, KS #12130
        BROWN & CURRY, LLC
        1600 Genessee Street, Suite 956
        Kansas City, MO 64102
        (816) 756-5458 (phone)
        (816) 666-9596 (fax)
        sarah@brownandcurry.com

        and

        /s/ Cheryl A. Pilate
        Cheryl A. Pilate, KS # 14601
        MORGAN PILATE, LLC
        926 Cherry St.
        Kansas City, Missouri 64106
        (816) 471.6694 (phone)
        (816) 472-3516 (fax)
        cpilate@morganpilate.com

        *Attorneys for Plaintiff*

EXHIBIT 2

3

CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing was served by email on all counsel of record on February 1, 2023.

/s/ Sarah A. Brown

**EXHIBIT 2**