## DECLARATION OF BOBBIE JO HOROCOFSKY

I, Bobbie Jo Horocofsky, being of sound mind and lawful age, hereby state as follows:

1. I am the Plaintiff in *Horocofsky v. City of Lawrence*, et al., No. 20-cv-2529-EFM.

2. In 2018, I was asked by Detective Cottengim to provide the serial number of the sexual assault kit collected during my examination at Lawrence Memorial Hospital on September 29, 2018.

3. I was reluctant to provide the number because I did not want to proceed with a criminal investigation or prosecution of my assailant, and I explained this reluctance and my concerns to the detectives. I feared proceeding with a formal police investigation would interfere with my last year of law school and would have profound negative effects on my job and career.

4. To my knowledge the police department were not investigating any details surrounding my sexual assault. I did not know any details about the direction of the police investigation because of the "ruse" being used by police.

5. At the time Detective Cottengim asked me for the serial number, I believed I was viewed by the police as a victim of sexual assault. The police department had not given me any reason to believe I was being targeted and investigated for making an alleged false statement.

6. Had I known that I was the subject of a police investigation, I would have taken immediate steps to have *all* SANE examination reports, photographs and physical evidence released to the Lawrence Police Department. If detectives had been truthful and informed me they were investigating *me*, the victim, for allegedly "making a false statement", I would have taken additional steps to have *all* my medical records supporting my account of the sexual assault released to detectives, including the SANE exam.

7. I knew the evidence obtained during the SANE examination supported my account and contradicted any claim of a "false statement" regarding the sexual assault. The nurse did a thorough examination, documenting injuries on a medical report and collecting physical evidence, including DNA swabs and photographed the bruises on my arms, legs and neck.

8. Right after I was charged, I contacted the head SANE nurse at Lawrence Memorial Hospital, Cori Green, and requested the release of my SANE examination report and photographs to the police. My attorney requested for the physical evidence held at the KBI to be tested, and the police eventually made a request to the KBI, and the evidence was tested. Shortly after, the false statement charges against me were dismissed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date May 9, 2024

Bobbie Jo Horocofsky



PLAINTIFF'S EXHIBIT
1

**EXHIBIT 1**