```
 1            IN THE DISTRICT COURT OF DOUGLAS COUNTY, KANSAS
                         CRIMINAL COURT DEPARTMENT
 2                                 _____
       STATE OF KANSAS,          )
 3                               )
                      Plaintiff, )
 4           vs.                 ) Case No. 19-CR-87
                                 )
 5     BOBBIE J. HOROCOFSKY,     )
                                 )
 6                    Defendant. )
                                   _____
 7
                          TRANSCRIPT OF PROCEEDINGS
 8
                      CONTINUATION OF PRELIMINARY HEARING
 9

10         BE IT REMEMBERED that on the 12th day of June,

11   2019, the above-entitled matter comes on for hearing before

12   the Honorable Paula Martin, Judge of Division No. 5 of the

13   Seventh Judicial District of the State of Kansas, at

14   Lawrence, Kansas.

15
                                 APPEARANCES
16
     For the State:      Ms. Eve Kemple
17                       Assistant District Attorney
                         111 E. 11th Street
18                       Lawrence, Kansas 66044

19   For the Defendant:  Ms. Cheryl A. Pilate
                         Mr. Branden Bell
20                       Morgan Pilate LLC
                         926 Cherry Street
21                       Kansas City, Missouri 64106

22

23

24
        Reported by Heather Rutler, Official Reporter, CSR, CRC
25
```

OFFICIAL COURT REPORTER

CITY014549                                              EXHIBIT 2

1  A. That conversation was primarily -- I primarily spoke
2     with Detective Nicholson, and that was in regards to
3     she was wanting to pursue collecting evidence. And I
4     think I gave her, maybe, just a brief summary again.
5     And she was asking me different questions regarding if
6     I was wanting them to collect evidence.
7  Q. Okay. And what was your response?
8  A. No.
9  Q. Okay. When you went into the hospital, after going
10    through the ER, did you then see a nurse who conducted
11    a special kind of exam on you?
12 A. Yes.
13 Q. And what kind of exam was that?
14 A. It was a SANE exam.
15 Q. Okay. And what did the nurse collect from you?
16 A. She collected blood samples initially and then
17    continued to collect photographic evidence and then
18    also DNA. Potential swabs were collected as well.
19 Q. Okay. Did you provide some information to her about
20    what you recalled of the night?
21 A. Yes.
22 Q. Okay. And did you point any areas out to her on your
23    body that had injuries?
24 A. Yes.
25 Q. Were you asked to sign some paperwork at some point?

```
 1    A.   Yes, I was.
 2    Q.   And did you have to make a decision about what should
 3         be done with that evidence?
 4    A.   Yes, I did.
 5    Q.   And what was your decision?
 6    A.   My decision was to let them collect an anonymous kit
 7         and to reserve the right to later contact police about
 8         a formal investigation.
 9    Q.   So at that time, were you not reporting what had
10         happened to you?  Was that your understanding?
11    A.   That was my understanding.
12    Q.   Okay.  And was your goal to preserve the evidence
13         while it was available?
14    A.   Yes.
15    Q.   And did you sign some paperwork that indicated you
16         were not reporting it?
17    A.   Yes, I did.
18    Q.   Okay.  And to this day have you signed any paperwork
19         that says that you are revoking that decision?
20    A.   No, I have not.
21    Q.   At some point after you were charged in this case, did
22         you contact LMH to find out if you could get a copy of
23         the medical report that was generated from the SANE
24         exam?
25    A.   Yes, I did.
```

```
                        C E R T I F I C A T E


  STATE OF KANSAS    )
                     ) SS
  DOUGLAS COUNTY     )


              I, Heather Rutler, Certified Shorthand
  Reporter, do hereby certify that I am the regularly
  appointed, qualified, and acting Official Reporter for
  Division No. 1 of the Seventh Judicial District, Douglas
  County, Kansas, duly certified under and by virtue of the
  laws of the State of Kansas.  I further certify that on
  the 12th day of June, 2019, I was present at and reported
  in machine shorthand the proceedings in the aforementioned
  case before the Honorable Paula Martin, Judge of Division
  No. 5 of the District Court of Douglas County, Kansas, and
  that the foregoing transcript is a true and correct
  transcript of the proceedings as revealed by my stenotype
  notes so taken.
              IN TESTIMONY WHEREOF, I have hereunto set
  my hand and official seal at Lawrence, Douglas County,
  Kansas, this 9th day of September, 2019.


                              /s/ Heather Rutler_____
                              Heather Rutler, CSR, RPR, CRC
                              Official Court Reporter
```

OFFICIAL COURT REPORTER

CITY014764                                        **EXHIBIT 2**