```
                                                                    1

 1                UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF KANSAS
 2

 3    BOBBIE JO HOROCOFSKY,

 4              Plaintiff,

 5       v.                    Case No. 2:20-CV-02529-EFM-KGG

 6    CITY OF LAWRENCE, KANSAS;
      CHARLES B. COTTENGIM;
 7    KIMBERLEE A. NICHOLSON;
      and DANIEL L. AFFALTER, JR.,
 8

 9              Defendants.

10

11

12

13        VIDEO DEPOSITION OF BOBBIE JO HOROCOFSKY

14            Pursuant to Notice, the deposition of

15    Bobbie Jo Horocofsky was taken on July 7, 2023, at:

16
                  MORGAN & PILATE, LLC
17                926 Cherry Street
                  Kansas City, Missouri 64106
18

19    The proceedings were reported by Nancy A. Fox, RMR, CRR,

20    CCR, Certified and Registered Stenographic Realtime

21    Reporter in Missouri and Kansas.

22

23

24

25
```

**EXHIBIT 3**

```
                                                                 63
 1   Q.   And I know you said you looked through your
 2        testimony that you gave at the preliminary hearing
 3        in the criminal matter.
 4             Do you recall testifying that you told
 5        Detective Cottengim that you did not want to pursue
 6        criminal charges at that time, but that you would
 7        consider whether you wanted to file charges after
 8        you graduated?
 9   A.   Do you have a copy of that?
10   Q.   I do.  It's in my car, though.
11   A.   Okay.
12   Q.   I can absolutely get it for you.  If you would like
13        to look at it, let's take a quick break.
14   A.   That would be great.  Sorry.
15   Q.   Unless Cheryl has it more handy than that.
16             VIDEOGRAPHER:  Stand by, please.  Going off
17        the record at 11:08 a.m.
18             (A recess was taken.)
19             VIDEOGRAPHER:  We are back on the record.  The
20        time now is 11:14 a.m.
21   BY MS. STEWART:
22   Q.   And I may have done all this waiting for -- my
23        question to you is at the time when you met the
24        detectives, the police officers, at the hospital,
25        do you recall telling any of the Lawrence police
```

Bobbie Jo Horocofsky
Bobbie Jo Horocofsky v. City of Lawrence, Kansas;, et al.                                    7/7/2023

```
                                                                   64
 1      officers that you did not want to pursue criminal
 2      charges at that time, but you would consider
 3      whether you wanted to when you graduated?
 4   A. I don't recall my exact words.
 5   Q. Okay.  And I know you did say you looked at your
 6      primary testimony.  Was there anything that was
 7      untrue in the testimony that you gave at that
 8      criminal preliminary hearing?
 9   A. No, ma'am.
10   Q. I know you were examined by a nurse named Terri
11      Woodson there at LMH; is that correct?
12   A. Yes.
13   Q. And did Ms. Woodson explain to you or give you
14      information about what would happen with the
15      medical exam and evidence collection --
16   A. Yes.
17   Q. -- or what your choices were?
18   A. At the time.
19   Q. Okay, at the time.  And do you remember what she
20      told you?
21   A. I do not recall.
22   Q. Okay.  Do you remember her having you fill out a
23      form?
24   A. I do remember that.
25         (Horocofsky Exhibit Number 1 was marked for
```

Bobbie Jo Horocofsky
Bobbie Jo Horocofsky v. City of Lawrence, Kansas;, et al.                              7/7/2023

```
                                                                 65
 1           identification.)
 2      BY MS. STEWART:
 3      Q.   Okay.  I'm going to hand you what I'm going to mark
 4           as Exhibit 1 to your deposition, and this was
 5           produced in your disclosures at Plaintiff's 1416
 6           through 1420.
 7                And I'm just going to hand that to you and ask
 8           you to take a quick glance at that.
 9                MS. PILATE:  Are you marking this with an
10           exhibit number?
11                MS. STEWART:  It's 1.
12                THE WITNESS:  I've got a copy.
13      A.   Okay.
14      BY MS. STEWART:
15      Q.   Are your initials and signature on this document?
16      A.   Yes.
17      Q.   Okay.  And do you recall this being giving to you
18           at the time by Ms. Woodson?
19      A.   Yes.
20      Q.   And then, if you go to page 1419 marked there at
21           the bottom of Exhibit 1, is that your name and
22           initials written on the "not reported to law
23           enforcement"?
24      A.   Yes.
25      Q.   And you understood that at that time you were
```

Emerald Court Reporting, LLC                                    (913) 383-2400
                    www.emeraldcourtreporting.com

**EXHIBIT 3**

*Bobbie Jo Horocofsky*
*Bobbie Jo Horocofsky v. City of Lawrence, Kansas;, et al.*                                       7/7/2023

```
                                                                66
1          advising that you were not -- or choosing not to
2          report to law enforcement at this time?
3    A.    Yes.
4    Q.    And that you did not authorize the release of any
5          of the evidence or information for the purpose of
6          conducting a criminal investigation?
7    A.    Correct.
8    Q.    But that you were also aware that that evidence
9          would be stored by the KBI for five years?
10   A.    Correct, yes.
11   Q.    And Ms. Woodson -- there's some other information
12         on there, reporting decisions and evidence storage
13         on the next page.  Is that also your handwritten
14         name and initials?
15   A.    Yes.
16   Q.    And so you understood then that you did not --
17         nothing would be done with the evidence that was
18         collected, but it would be stored and you could
19         make a subsequent report?
20   A.    Correct.
21   Q.    So, when you left LMH that night, you knew that law
22         enforcement was not going to be given access to any
23         of the information from that evidence collection
24         report?
25   A.    To the best of my knowledge I -- yeah, to the best
```

```
                                                                    67
 1         of my knowledge, I understood that -- yeah, this
 2         form says, "I understand that evidence will not be
 3         analyzed" so.
 4   Q.    And you also knew that it wasn't even going to be
 5         turned over to any of the law enforcement officers?
 6   A.    I don't know that I knew precisely where it was
 7         headed, but it says here it will be stored at the
 8         KBI.
 9   Q.    Yeah.  On page 1419, right above your name it
10         reads, "I do not authorize the release of the above
11         information" -- or "above evidence and information
12         for the purpose of conducting a criminal
13         investigation and/or criminal prosecution of the
14         sexual assault or any crime related to sexual
15         assault or resulting from an examination and/or
16         treatment received during this sexual assault
17         medical forensic exam."
18             Did I read that correctly?
19   A.    Yes, you did.
20   Q.    And then that the evidence and protected health
21         information is released for the purpose of evidence
22         storage only?
23   A.    Yeah.  I mean, I didn't know, I guess, precisely
24         the protocol.
25   Q.    Sure.
```

**EXHIBIT 3**