IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **BOBBIE JO HOROCOFSKY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 20-02529 |
| | ) | |
| **CITY OF LAWRENCE, KANSAS,** | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO CORRECT FILING AND PLACE DOCUMENT UNDER SEAL**

Plaintiff Bobbie Jo Horocofsky, through her counsel, respectfully requests that this Court grant her leave to permit her to correct the error in her filing of Exhibit 53 (Doc. 316-7) in support of her response to Defendants' motion for summary judgment. (Doc. 247).

Plaintiff just discovered this inadvertent error. Plaintiff intended for the exhibit to be provisionally filed under seal but did not select the proper category from the ECF dropdown menu permitting a provisionally sealed filing, though Plaintiff *did file* the correct Notice of Proposed Sealed Record as per D. Kan. Rule 5.4.2(b). The exhibit is already filed, but it is not under seal, as Plaintiff had intended. Because the exhibit concerns mental health care, Plaintiff seeks to correct her error and have the exhibit filed under seal. In further support of the present motion, Plaintiff states as follows:

1. On June 28, 2024, Plaintiff filed her response to Defendants' motion for summary judgment (Doc. 315). Because of the substantial number of exhibits, the exhibits were filed in three separate batches (Docs. 314, 315, and 316, all with attachments). Exhibit 53 was filed with the last batch of exhibits (##47-53), along with Plaintiff's Index of Exhibits.

2. Amidst uploading the many exhibits, Plaintiff's counsel mistakenly failed to select the proper category from the dropdown menu and did not file Exhibit 53 provisionally under seal as intended. (Doc. 316-7) Counsel did, however, file her Notice of Proposed Sealed Record regarding Exhibit 53. (Doc. 318).

3. With this motion, Plaintiff seeks to correct her inadvertent error in filing. Exhibit 53 is the sole exhibit which Plaintiff seeks to have sealed; it concerns mental health records and thus Plaintiff's sensitive and private matters.

4. Counsel for defendants received at the time of filing both Exhibit 53 (Doc. 316-7) and the Notice of Proposed Sealed Record (Doc. 318). Therefore, the granting of this motion would cause no prejudice to Defendants.

Counsel's error was inadvertent and resulted from press of the deadline and the challenge of properly filing a large number of exhibits in a short period of time.

WHEREFORE, for the above stated reasons, Plaintiff respectfully requests that she be permitted to file under seal Exhibit 53 or alternatively, file the exhibit provisionally under seal, consistent with D. Kan. Rule 5.4.2(b) and (c).

Respectfully submitted,

/s/ Sarah A. Brown
Sarah Brown, KS #12130
BROWN & CURRY, LLC
1600 Genessee Street, Suite 956
Kansas City, MO 64102
(816) 756-5458 (phone)
(816) 666-9596 (fax)
sarah@brownandcurry.com

and

/s/ Cheryl A. Pilate
Cheryl A. Pilate, KS # 14601

2

MORGAN PILATE, LLC
926 Cherry St.
Kansas City, Missouri 64106
(816) 471.6694 (phone)
(816) 472-3516 (fax)
cpilate@morganpilate.com

*Attorneys for Plaintiff*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing was served on all counsel of record via the court's electronic filing system on July 17, 2024.

/s/ Cheryl A. Pilate